# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEBORAH AL,<br><br>                         Plaintiff,<br><br>v.<br><br>VAN RU CREDIT CORPORATION,<br><br>                         Defendant. | Case No. 17-CV-1738-JPS<br><br>**ORDER** |

       This action was filed on December 13, 2017. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff has yet to file proof of service on Defendant. The ninety-day deadline expired on March 13, 2018. The Court will therefore require that, within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice.

       Accordingly,

       **IT IS ORDERED** that, within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service or otherwise explain why good

cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service.

Dated at Milwaukee, Wisconsin, this 15th day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge