# COURT MINUTES OF CONFERENCE

DEBORAH AL,

    v.                                                    CASE NO. 17-CV-1738-JPS

VAN RU CREDIT CORPORATION.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: March 12, 2019 | TIME SCHEDULED: 8:30 a.m. |
| COURT DEPUTY/CLERK: Nathan Bader | TIME CALLED: 9:04 a.m. |
| COURT REPORTER: Rich Ehrlich | TIME RECESSED: 9:11 a.m. |
| PURPOSE: Final Pretrial Conference | TIME RECALLED: 9:24 a.m. |
| PLAINTIFF BY: Robert O'Reilly and Jesse Fruchter | TIME FINISHED: 9:26 a.m. |
| DEFENDANT BY: Nicole Strickler and Stephanie Strickler | |

Notes:

9:04 a.m. Case called; appearances

9:05 Court notes that case is set for trial on Monday, March 18, 2019; all parties are ready to proceed to trial

9:05 Ours will be the only jury picked, so if the case is resolved after noon on Thursday, March 14, 2019, the parties will split the cost of sending jury notices

9:06 Court explains *voir dire* and jury selection processes; Court explains trial procedure and technology issues

9:08 Plaintiff asks about Defendant's bad faith argument; Court comments

9:10 Plaintiff asks about issue of Defendant's net worth; Defendant states that it believes Plaintiff must prove up net worth; the Court states that if the parties do not stipulate to Defendant's net worth, the trial will be adjourned and Plaintiff will be allowed an opportunity to investigate Defendant's financial records and related witnesses

9:11 Defendant's counsel asks to consult with her client on the matter

9:11 Court adjourns the hearing to permit the consultation

\*\*\*

9:24 Hearing resumes

9:24 Defendant has agreed to stipulate to the net worth figure stated in discovery

9:25 Nothing further from either party

9:25 Court explains that jury panel list will be available on Thursday

9:26 Court stands in recess