# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DEBORAH AL,

             Plaintiff,

v.

VAN RU CREDIT CORPORATION,

             Defendant.

Case No. 17-CV-1738-JPS

## SPECIAL VERDICT

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

## FDCPA CLAIM

**Question No. 1:**    (See Part II of the Jury Instructions, Section 1.1)

Has Plaintiff shown by a preponderance of the evidence that Defendant's letter was false, deceptive or misleading within the meaning of the Fair Debt Collection Practices Act?

Answer:     _no_

(Yes or No)

**Question No. 2:**    (See Part II of the Jury Instructions, Section 2.1)

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 1.*

What amount of money, if any, up to $32,354.42, do you award to the Class as statutory damages under the Fair Debt Collection Practices Act?

Answer:     $_____

(Amount)

## WCA CLAIM

**Question No. 3:**     (See Part II of the Jury Instructions, Section 1.2)

> *Note: Answer this question if, and only if, you answered "Yes" to Question No. 1.*

Has Plaintiff shown by a preponderance of the evidence that Defendant's letter would reasonably be expected to threaten or harass the customer within the meaning of the Wisconsin Consumer Act?

Answer: _____

(Yes or No)

**Question No. 4:**     (See Part II of the Jury Instructions, Section 2.2)

> *Note: Answer this question if, and only if, you answered "Yes" to Question No. 3.*

Has Plaintiff shown by a preponderance of the evidence that the violation of the Wisconsin Consumer Act was willful and knowing?

Answer: _____

(Yes or No)

**Question No. 5:**     (See Part II of the Jury Instructions, Section 2.2)

> *Note: Answer this question if, and only if, you answered "Yes" to Question No. 4.*

What amount of money, if any, between $18,000.00 and $100,000.00, do you award to the Class as statutory damages under the Wisconsin Consumer Act?

Answer:     $_____

(Amount)

Dated at Milwaukee, Wisconsin, this **18** day of March, 2019.

_____
Foreperson

Case 2:17-cv-01738-JPS     Filed 03/18/19     Page 3 of 3     Document 82