# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DEBORAH AL, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

VAN RU CREDIT CORPORATION,

                Defendant.

Case No. 17-CV-1738-JPS

**JUDGMENT**

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a Special Verdict (Docket #82) on March 18, 2019; and the Court having considered the plaintiff Deborah Al's third motion for class certification (Docket #29) and the defendant Van Ru Credit Corporation's motion for summary judgment (Docket #41):

     **IT IS ORDERED AND ADJUDGED** that the plaintiff Deborah Al's third motion for class certification (Docket #29) be and the same is hereby **GRANTED** (Docket #66);

     **IT IS FURTHER ORDERED AND ADJUDGED** that that the following class be and the same is hereby **CERTIFIED**: (a) all natural persons in the State of Wisconsin (b) who were sent a collection letter in the form represented by Exhibit A to the complaint in this action, (c) seeking to collect a debt allegedly owed for personal, family or household purposes, (d) between December 13, 2016 and December 13, 2017, (e) that was not returned by the postal service (Docket #66) (hereinafter the "Class");

     **IT IS FURTHER ORDERED AND ADJUDGED** that the defendant Van Ru Credit Corporation's motion for summary judgment (Docket #41)

be and the same is hereby **GRANTED in part** and **DENIED in part** (Docket #73);

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff Deborah Al and the Class's claims pursuant to 15 U.S.C. § 1692f as stated in Counts One and Three of the Complaint (Docket #1 at 11–12) be and the same are hereby **DISMISSED** (Docket #73);

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff Deborah Al and the Class shall have and recover nothing from the defendant Van Ru Credit Corporation on any of the remaining claims (Docket #82); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** on the merits, together with the defendant Van Ru Credit Corporation's costs as may be taxed by the Clerk of the Court.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

March 19, 2019               *s/ Jodi L. Malek*
Date                          By: Deputy Clerk